215 So.2d 129

Matthew G. WILSON

v.

PHOENIX OF HARTFORD INSURANCE
COMPANY et al.

No. 49535.

Nov. 15, 1968.

In re: Matthew G. Wilson applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo.   213 So.2d 788.

Writ refused.  On the facts found by the Court of Appeal we find no error of law in its judgment.

215 So.2d 130

Carolyn W. ROSENTHAL

v.

The ORLEANS PARISH SCHOOL BOARD.

No. 49540.

Nov. 15, 1968.

In re: Carolyn W. Rosenthal applying for certiorari, or writ of review, to the

Court of Appeal, Fourth Circuit, Parish of Orleans.   214 So.2d 203.

The application is denied.   There appears no error of law in the judgment complained of.